MN-305
(10/00)

#3864

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: DALY, CHRISTINA MARIE

Chapter 7 Case No. 10-33986-DDO

Please Check One:

[X]   Unclaimed Dividends

[ ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Allied Interstate<br>PO box 5023<br>New York, NY  10163 | 6 | 44.00 | 7.58 |
| HSBC<br>PO Box 3038<br>Evansville, IN  47730 | 12 | 621.00 | 106.98 |
| HSBC<br>PO Box 3038<br>Evansville, IN  47730 | 13 | 8,793.00 | 1,514.76 |
| Newport News<br>101 Crossway Park W.<br>Woodbury, NY  11797 | 15 | 375.00 | 64.60 |
| North Shore Agency, Inc.<br>751 Summa Ave.<br>Westbury, NY  11590 | 16 | 148.00 | 25.50 |
| The Palmer Firm<br>PO Box 830723<br>Birmingham, AL  35283 | 20 | 1,853.00 | 319.21 |
| TOTAL | | 11,834.00 | 2,038.63 |

Date: June 9, 2011

Michael I. Iannacone, TRUSTEE